B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Priscilla Jo Roberts**  ,   Case No. __13-31835-KRH__
                                    Debtor

Chapter __13__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 8,367.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,392.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 291.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 19,684.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,804.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,569.30 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 8,367.00 | | |
| Total Liabilities | | | | 29,367.44 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Priscilla Jo Roberts** ,     Case No. **13-31835-KRH**
Debtor

Chapter    **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 291.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 291.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,804.45 |
| Average Expenses (from Schedule J, Line 18) | 4,569.30 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,400.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,167.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 291.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 19,684.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 21,851.44 |

B6F (Official Form 6F) (12/07)

In re  **Priscilla Jo Roberts**  ,  Case No. **13-31835-KRH**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2096699** <br><br>**Advance America**<br>**Re: Bankruptcy**<br>**5642 Brook Road**<br>**Richmond, VA 23227** | | - | **Balance Due** | | | | **573.00** |
| Account No. **Unknown** <br><br>**Cash 2 U**<br>**RE: Bankruptcy**<br>**1424 Chamberlayne Parkway**<br>**Richmond, VA 23222** | | - | **Account Balance** | | | | **1.00** |
| Account No. <br><br>**Cash-2-U**<br>**5151 Plank Road**<br>**Fredericksburg, VA 22407** | | | **Representing:**<br>**Cash 2 U** | | | | **Notice Only** |
| Account No. **Unknown** <br><br>**Cash Jar**<br>**P.O. Box 1639**<br>**Belize City, Belize, C.A.** | | - | **Account Balance** | | | | **1.00** |

__7__  continuation sheets attached

Subtotal (Total of this page)  **575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Priscilla Jo Roberts**, Case No. **13-31835-KRH**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown** <br><br> **Comcast** <br> **Attn: Bankruptcy Dept** <br> **PO Box 3012** <br> **Southeastern, PA 19398-3012** | | - | **Account Balance** | | | | **700.00** |
| Account No. **19688264** <br><br> **Dominion VA Power** <br> **Attn: Bankruptcy Group** <br> **P.O. Box 26666** <br> **Richmond, VA 23261** | | - | **Balance Due** | | | | **580.00** |
| Account No. <br><br> **Credit Bureau Collection Cente** <br> **Re: Dominion VA Power** <br> **PO Box 26140** <br> **Greensboro, NC 27402** | | | **Representing:** <br> **Dominion VA Power** | | | | **Notice Only** |
| Account No. **Unknown** <br><br> **Fredericksburg Orthopedic Assc** <br> **3310 Fall Hill Avenue** <br> **Fredericksburg, VA 22401** | | - | **Account Balance** | | | | **362.00** |
| Account No. **Unknown** <br><br> **Germanna Community College** <br> **2130 Germanna Hwy** <br> **Locust Grove, VA 22508** | | - | **Unknown** <br> **Account Balance** | | | | **2,876.00** |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,518.00**

In re **Priscilla Jo Roberts**, Case No. **13-31835-KRH**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 866401659<br><br>**Gold's Gym**<br>**1601 Willow Lawn Dr, Ste 3A**<br>**Richmond, VA 23230** | | - | **Account Balance** | | | | **1,731.00** |
| Account No.<br><br>**Vision Financial Corp**<br>**Re: Gold's Gym Fredericksburg**<br>**P.O. Box 900**<br>**Purchase, NY 10577** | | | **Representing:**<br>**Gold's Gym** | | | | **Notice Only** |
| Account No. **Unknown**<br><br>**Great Lakes Educational Loan**<br>**Claims Filing Unit**<br>**P.O. Box 8973**<br>**Madison, WI 53708** | | - | **Student Loan - Notice Only** | | | | **Unknown** |
| Account No. **Unknown**<br><br>**Kids Choice Pediatrics**<br>**10411 Courthouse Road**<br>**Spotsylvania, VA 22553** | | - | **Unknown**<br>**Medical Services** | | | | **Unknown** |
| Account No.<br><br>**Walter J. Sheffield**<br>**Re: Kids Choice Pediatrics**<br>**P.O. Box 7906**<br>**Fredericksburg, VA 22404** | | | **Representing:**<br>**Kids Choice Pediatrics** | | | | **Notice Only** |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,731.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Priscilla Jo Roberts**,  Case No. **13-31835-KRH**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br>**MacDoc Property Management** <br>**1601 Princess Anne Street** <br>**Fredericksburg, VA 22401** | | - | **2012** <br>**Rent Deficiency** | | | | **2,500.00** |
| Account No. ***0642** <br><br>**Marine Federal Credit Union** <br>**Re: Bankruptcy** <br>**PO Box 1551** <br>**Jacksonville, NC 28541** | | - | **Account Balance** | | | | **558.44** |
| Account No. **Unknown** <br><br>**NCO Financial** <br>**Re: Germanna Community Colleg** <br>**507 Prudential Rd.** <br>**Horsham, PA 19044-2308** | | - | **Collection Agency** | | | | **3,228.00** |
| Account No. **3108323985** <br><br>**People** <br>**3000 University Center Drive** <br>**Tampa, FL 33612-6408** | | - | **Account Balance** | | | | **113.00** |
| Account No. <br><br>**North Shore Agency, Inc.** <br>**RE: People Magazine** <br>**P.O. Box 9205** <br>**Old Bethpage, NY 11804** | | | **Representing:** <br>**People** | | | | **Notice Only** |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,399.44**

In re **Priscilla Jo Roberts**, Case No. **13-31835-KRH**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **428290030** <br><br> **Progressive Insurance** <br> **PO Box 31260** <br> **Tampa, FL 33631** | | - | **Account Balance** | | | | **290.00** |
| Account No. **0082742888, 2992492** <br><br> **QVC** <br> **Attn: Bankruptcy Department** <br> **Studio Park** <br> **West Chester, PA 19380-4362** | | - | **Account Balance** | | | | **623.00** |
| Account No. <br><br> **GC Services Ltd. Partnership** <br> **Re: QVC** <br> **P.O. Box 3026** <br> **Houston, TX 77253-3026** | | | **Representing:** <br> **QVC** | | | | **Notice Only** |
| Account No. <br><br> **Penn Credit Corp** <br> **916 14th Street** <br> **Harrisburg, PA 17104** | | | **Representing:** <br> **QVC** | | | | **Notice Only** |
| Account No. **36130313626652** <br><br> **Rite Aid Corporation** <br> **30 Hunter Lane** <br> **P.O. Box 3165** <br> **Harrisburg, PA 17105** | | - | **Account Balance** | | | | **76.00** |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **989.00**

In re **Priscilla Jo Roberts**, Case No. **13-31835-KRH**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**TRS Recovery Services**<br>**RE: Bankruptcy**<br>**P.O. Box 60012**<br>**City Of Industry, CA 91716-0012** | | | **Representing:**<br>**Rite Aid Corporation** | | | | **Notice Only** |
| Account No. **Unknown**<br>**Salem Fields Learning Center**<br>**11120 Gordon Road**<br>**Fredericksburg, VA 22407** | | - | **Account Balance** | | | | **1,314.00** |
| Account No. **17835356**<br>**Self**<br>**P.O. Box 37728**<br>**Boone, IA 50037-0728** | | - | **Account Balance** | | | | **20.00** |
| Account No. **3687709**<br>**Sentara Collections**<br>**535 Independence Pkwy**<br>**Suite 700**<br>**Chesapeake, VA 23320** | | - | **Account Balance** | | | | **490.00** |
| Account No.<br>**Sheridan ER Physicians SV**<br>**P.O. Box 848508**<br>**Pembroke Pines, FL 33084-0508** | | - | **Account Balance** | | | | **418.00** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,242.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Priscilla Jo Roberts**, Case No. **13-31835-KRH**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Nationwide Recovery Service**<br>**RE: Sheridan ER Phys. of VA**<br>**545 West Inman Street**<br>**Cleveland, TN 37311** | | | **Representing:**<br>**Sheridan ER Physicians SV** | | | | **Notice Only** |
| Account No. **25000573865, 25000394170**<br>**Spotsylvania Regional Med Ctr**<br>**PO Box 99400**<br>**Louisville, KY 40269** | | - | **Medical Services** | | | | **400.00** |
| Account No.<br>**Capio Partners**<br>**222 Texoma Pkwy**<br>**Suite 150**<br>**Sherman, TX 75090** | | | **Representing:**<br>**Spotsylvania Regional Med Ctr** | | | | **Notice Only** |
| Account No.<br>**Focused Recovery Solutions**<br>**Re: Spotsylvania Regional med**<br>**9701 Metropolitan Ct, Suite B**<br>**Richmond, VA 23236-3662** | | | **Representing:**<br>**Spotsylvania Regional Med Ctr** | | | | **Notice Only** |
| Account No. **Unknown**<br>**StellarOne**<br>**PO Box 600**<br>**105 Arbor Dr**<br>**Christiansburg, VA 24068-0600** | | - | **Unknown**<br>**Balance Due** | | | | **2,400.00** |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　**2,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Priscilla Jo Roberts**, Case No. **13-31835-KRH**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br>**The Billing Center** <br>**Re: Sports Illustrated** <br>**P.O. Box 60001** <br>**Tampa, FL 33660** | | - | **Account Balance** | | | | **113.00** |
| Account No. **263449525** <br><br>**Toys R Us** <br>**1 Geoffrey Way** <br>**Wayne, NJ 07470-2035** | | - | **Account Balance** | | | | **88.00** |
| Account No. <br><br>**Complete Payment Rec** <br>**Re: Toys R Us** <br>**P.O. Box 038997** <br>**Tuscaloosa, AL 35403-8997** | | | **Representing:** <br>**Toys R Us** | | | | **Notice Only** |
| Account No. **Unknown** <br><br>**Wegman's** <br>**P.O. Box 30844** <br>**Rochester, NY 14603-0844** | | - | **Account Balance** | | | | **229.00** |
| Account No. <br><br>**EOS CCA** <br>**Re:Wegmans** <br>**700 Longwater Drive** <br>**Norwell, MA 02061** | | | **Representing:** <br>**Wegman's** | | | | **Notice Only** |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **430.00** |
| Total (Report on Summary of Schedules) | **19,684.44** |

B6G (Official Form 6G) (12/07)

.

In re    **Priscilla Jo Roberts**                                                             ,    Case No.    __13-31835-KRH__
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MacDoc Property Management**<br>**1601 Princess Anne Street**<br>**Fredericksburg, VA 22401** | **Reject Rental Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Priscilla Jo Roberts**                                             Case No.  **13-31835-KRH**
Debtor(s)                                          Chapter  **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date  **April 18, 2013**                           Signature  **/s/ Priscilla Jo Roberts**
                                                              **Priscilla Jo Roberts**
                                                              Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571